# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STAFFORD E. NELSON,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1431-Orl-31KRS**

**PHILLIP HICKS,**

      **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. No. 2) filed September 18, 2006.

On September 20, 2006, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Complaint is **DISMISSED** without prejudice. Plaintiff has 11 days from the date of this order to file an Amended Complaint consistent with the Report and Recommendation.

3. That the Motion to Proceed *In Forma Pauperis* is **DENIED**, without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 11th day of October, 2006.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE